

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00500-CR

| | | |
|---|---|---|
| BOBBY LYNN RACHAL, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 3 |
| | § | of Tarrant County (1567358R) |
| V. | § | November 14, 2019 |
| | § | Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We affirm the trial court's judgment to Count One. We modify Count Two and Count Three to delete the deadly-weapon findings and affirm the trial court's judgments to these counts as modified. We vacate the trial court's judgment to Count Four. It is ordered that the trial court's judgments are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack